Knowlton Mixer, Appellant, v. James N. Adam, as Mayor of the City of Buffalo, and Others, Respondents.— Motion to dismiss appeal denied, without costs. Order appealed from affirmed, with ten dollars costs and disbursements. All concurred.

John F. Weinheimer, Respondent, v. Alexander J. Ross and Eugene M. Voisinet, Appellants. — Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Geddes Coarse Salt Company, Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred. .

George C. Rodell, an Infant, by Frank W. Rodell, His Guardian ad Litem, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Abigail C. Keene, as Administratrix, etc. of Robert Keene, Deceased, Plaintiff, v. Erie Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Frank Willert, as Administrator, etc., of Walter E. Willert, Deceased, Plaintiff, v. International Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred, except Kruse, J., who dissented upon the ground that the questions of negligence and freedom from contributory negligence were questions of fact for the jury.

William E. Kling, Appellant, v. Corning News Company and Gottlieb H. Tobias, Respondents, Impleaded with Another.— Judgment modified so as to allow but one bill of costs, and as so modified affirmed, together with the order, without costs of this appeal to either party. All concurred.

Louise A. Gormly, Appellant, v. William H. Smith and Others, Impleaded with Margaret G. Sproull, Respondent.— Judgment affirmed, with costs. All concurred.

James E. Taylor, Respondent, v. Auburn Light, Heat and Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that under the law as charged by the court the plaintiff failed to establish defendant's negligence.

Edward Wiedman, an Infant, by Leonard Wiedman, His Guardian ad Litem, Appellant, v. Frank Kinzly, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the court erred in charging the jury as matter of law that the defendant was justified in arresting the plaintiff and taking him into custody. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that there was a misunderstanding between the court and counsel, and upon the disagree-